FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 04, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MEGAN O., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | NO: 4:24-CV-5047-RMP <br><br> ORDER GRANTING STIPULATED MOTION TO REMAND |

BEFORE THE COURT is the parties' Stipulated Motion to Remand pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 12.  Plaintiff Megan O.[1] is represented by attorney Kathryn Higgs.  The Commissioner of Social Security is represented by Special Assistant United States Attorney W. Brian Jones.

After consideration, **IT IS HEREBY ORDERED** that the parties' Stipulated Motion for Remand, **ECF No. 12**, is **GRANTED**.  Plaintiff's Opening Brief, **ECF No. 8**, is **DENIED AS MOOT**.

---

[1] The Court uses Plaintiff's first name and last initial to protect her privacy.

ORDER GRANTING STIPULATED MOTION TO REMAND ~ 1

Pursuant to the parties' stipulation, the Commissioner's final decision is **reversed and remanded** under sentence four of 42 U.S.C. §405(g).  *See* ECF No. 12 at 1–4.  On remand, the Appeals Council will refer the case to an Administrative Law Judge ("ALJ") with instructions to:

- Reevaluate Plaintiff's subjective statements;
- Reevaluate the opinion evidence;
- Offer Plaintiff an opportunity for a hearing;
- Take any further action needed to complete the administrative record; and
- Issue a new decision.

*See id.*

Upon proper presentation, this Court will consider Plaintiff's application for attorney's fees under 28 U.S.C. §§ 1920, 2412(d).

**IT IS SO ORDERED.**  The District Court Clerk is directed to enter this Order, provide copies to counsel, enter judgment in favor of Plaintiff, and **close the file**.

**DATED** September 4, 2024.

                          *s/ Rosanna Malouf Peterson*
                          ROSANNA MALOUF PETERSON
                          Senior United States District Judge